## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:25-cr-00174-JAW |
| OSCAR ALFREDO MORAN-SORIANO | |

### PROSECUTION VERSION OF THE OFFENSE

On November 4, 2025, a United States Border Patrol Agent located the defendant in Piscataquis County, Maine, driving a vehicle. The agent stopped the vehicle and spoke with the defendant. The defendant stated he was a citizen of Honduras. He produced a Honduran passport. Immigration records show he was previously removed from the United States in September of 2016, after illegally crossing the southern border. He did not obtain permission to re-enter the country.

Dated this 31st day of December, 2025.

    Respectfully submitted,

    ANDREW B. BENSON
    United States Attorney

    */s/Ethan R. Plaut*
    Ethan R. Plaut
    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on December 31, 2025, I electronically filed the Government's Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Kaylee Folster, Esq.

                                       ANDREW B. BENSON
                                       United States Attorney

                                       */s/Ethan R. Plaut*
                                       Assistant U.S. Attorney
                                       United States Attorney's Office
                                       202 Harlow Street, Suite 111
                                       Bangor, ME 04401
                                       (207) 945-0373